- **The People of the State of Illinois, Defendant in Error, v. Walter Speedy, Plaintiff in Error.**

**Gen. No. 23,013.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. SAMUEL H. TRUDE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed. Opinion filed July 19, 1917.

## Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Walter Speedy, defendant, for pandering. From a judgment of conviction, defendant brings error.

LAWRENCE E. DOWD, for plaintiff in error; F. L. BARNETT and CHARLES P. R. MACAULAY, of counsel.

MACLAY HOYNE, for defendant in error; GEORGE C. BLISS, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

PROSTITUTION, § 4*—*when evidence is insufficient to sustain conviction for pandering.* Evidence *held* insufficient to sustain a conviction for pandering, where it appeared that the information was brought upon the complaint of the alleged inmate; that she opened a house of prostitution where accused visited her and had sexual relations with her, and that he gave her some money, which he claimed was a loan, and which was used by her in buying furniture for the house.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.